First Department. April 30, 1915.). Action by James M. Donohue, as receiver, etc., against the City Water Power Company and others. Motion for reargument denied. Motion for leave to appeal granted. Order appealed from resettled as indicated in memorandum per curiam. Settle order on notice. See, also, 168 App. Div. 907, 152 N. Y. Supp. 1107.

DONOVAN, Respondent, v. WESTCHESTER AVE. BANK, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Daniel Donovan, as administrator, against the Westchester Avenue Bank. F. A. Spencer, Jr., of New York City, for appellant. W. W. Wingate, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DOONAN et al., Respondents, v. KILLILEA et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Daniel Doonan and another against Thomas Killilea and others. PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment (87 Misc. Rep. 427, 149 N. Y. Supp. 832) affirmed, with costs, on authority of De Peyster v. Murphy, 66 N. Y. 622. We do not understand that this case has been expressly overruled or limited by Real Estate Corporation v. Harper, 174 N. Y. 123, 66 N. E. 660. See, also, 166 App. Div. 937, 151 N. Y. Supp. 1113. THOMAS, J., not voting.

DRAMER et al. v. REID. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Isak Dramer and others against Harry Reid. No opinion. Application denied, with $10 costs. Order signed.

In re DRESSLER. (Supreme Court, Appellate Division, First Department. October 29, 1915.) In the matter of William B. Dressler, an attorney. No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

DRYER, Appellant, v. JENNINGS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by George H. Dryer against Henry C. Jennings and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

DU BOIS, Respondent, v. JAMES STEWART & CO., Inc., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Pierre E. Du Bois, as administrator of the goods, chattels, and credits of Emanuele Casamola, deceased, against James Stewart & Co., Incorporated. PER CURIAM. Order modified, by striking therefrom the provision that plaintiff recover of the defendant $10 costs of motion, and inserting in place thereof that the defendant recover of the plaintiff, as a condition of said amendment, $10 costs of the motion, and, as modified, affirmed, without costs.

In re DUCKWORTH. (Supreme Court, Appellate Division, First Department. October 29, 1915.) In the matter of Albert W. Duckworth, an attorney. No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

In re DUFFY. (Supreme Court, Appellate Division, First Department. November 26, 1915.) In the matter of James A. Duffy, deceased. No opinion. Decree (90 Misc. Rep. 251, 152 N. Y. Supp. 894) affirmed, with costs, on opinion of Fowler, S. Order filed.

DUGGAN, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Belle Duggan against the Nassau Electric Railroad Company. No opinion. Order of the County Court of Kings County unanimously affirmed, with costs.

In re DUNN. (Supreme Court, Appellate Division, First Department. October 29, 1915.) In the matter of Bart Dunn, as executor, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 164 App. Div. 134, 149 N. Y. Supp. 530.

DYER, Respondent, v. PACKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by J. Franklin Dyer against Henry Packer. No opinion. Judgment affirmed, with costs. No opinion. New trial in Rochester Municipal Court to be had on the 10th day of November, 1915, at 10 a. m.

EASTERN STATES REFRIGERATING CO., Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by the Eastern States Refrigerating Company against William N. White and another. C. Caldwell, of New York City, for appellants. M. A. Sachs, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EBBESEN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Clara Ebbesen against the City of New York. PER CURIAM. As the notice of intention to sue sufficiently stated the "time and place at which the injuries were received" (Laws 1886, c. 572; Greater New York Charter [Laws 1901, c. 466], § 261, as amended by Laws 1906, c. 550), the dismissal of the complaint at the close of plaintiff's case was error. Judgment reversed, and new trial granted; costs to abide the event.

In re EDDINGER. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) In the matter of the charges preferred against Charles Eddinger, Superintendent of the Fire Alarm System of the City of Water-

vliet, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

EDDY et al., Appellants, v. McKAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Morris L. Eddy and another against Amelia E. McKay. No opinion. Motion to dismiss appeal denied, with $10 costs. See, also, 155 N. Y. Supp. 1104.

EDDY et al., Appellants, v. McKAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Morris L. Eddy and another against Amelia E. McKay. No opinion. Judgment affirmed, with costs. See, also, 155 N. Y. Supp. 1104.

EGAN, Appellant, v. INTERNATIONAL RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Kathryn T. Egan against the International Railway Company and another. No opinion. Judgment and order affirmed, with costs.

EICHEL, Respondent, v. JEFFERSON LEASING CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. October 15, 1915.) Actions by Philip Eichel against the Jefferson Leasing Company. I. Enselman, of New York City, for appellant. A. Wolf, of New York City, for respondent. No opinion. Orders affirmed, without costs. Orders filed.

In re EISENBERG. (Supreme Court, Appellate Division, First Department. October 29, 1915.) In the matter of I. Mortimer Eisenberg, an attorney. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.

EISLEBEN, Respondent, v. GERBER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Kathryn Eisleben against Henry C. Gerber. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 154 N. Y. Supp. 1120.

ELLIOTT v. PAINE. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by James M. Elliott, Jr., against Martin S. Paine. No opinion. Motion to dismiss appeal granted with $10 costs. Order filed. See, also, 148 App. Div. 892, 132 N. Y. Supp. 1127.

EMPIRE CITY RACING ASS'N v. NATIONAL FAIR & EXPOSITION ASS'N, Inc., et al. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by the Empire City Racing Association against the National Fair & Exposition Association, Incorporated, and others. No opinion. Motion to dismiss appeal granted, with $10 costs. See, also, 167 App. Div. 126, 152 N. Y. Supp. 833; 155 N. Y. Supp. 1104.

EMPIRE CITY RACING ASS'N v. NATIONAL FAIR & EXPOSITION ASS'N, Inc., et al. (Supreme Court, Appellate Division, Second Department. October 26, 1915.) Action by the Empire City Racing Association against the National Fair & Exposition Association, Incorporated, and others.

PER CURIAM. The discretion of the justice at Special Term to rehear this motion was well grounded on the later facts of the injury and damage by letting pipes and hydrants freeze, and the dangers from possible contagion among the horses which defendants quartered on the fair grounds. Having thus reheard the motion, his order as reconsidered, preferring the trial of the cause, is not appealable. 167 App. Div. 126, 152 N. Y. Supp. 833. The appeal is therefore dismissed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1104.

MILLS, J., not voting.

EMPIRE CITY RACING ASS'N v. NATIONAL FAIR & EXPOSITION ASS'N, Inc., et al. (Supreme Court, Appellate Division, Second Department. November 11, 1915.) Action by the Empire City Racing Association against the National Fair & Exposition Association, Incorporated, and others.

PER CURIAM. Moton for reargument denied, with $10 costs, and stay vacated. Motion for leave to appeal to the Court of Appeals denied. Our decision of October 1, 1915, dismissing appeal of the National Fair & Exposition Association, Incorporated, proceeded upon the ground that the return of the check for $75 costs was too late, as such check had been retained until after service of notice of motion to dismiss defendant's appeal. It follows that the appellant may still have these costs (or the amount thereof offset to the National Fair & Exposition Association, Incorporated) upon proper application to the plaintiff's attorneys, to be made within five days. See, also, 155 N. Y. Supp. 1104.

ESTERMAN, Respondent, v. CURTH et al., Appellants. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by William J. Esterman against Lewis Curth and others. With this case has been consolidated in this court cases bearing titles as follows: Edith J. Esterman v. Curth; Herman Edson v. Same; Mollie Lewis v. Same. W. R. Kuhn, of Brooklyn, for appellants. N. Phillips, of New York City, for respondent. No opinions. Orders affirmed, with $10 costs and disbursements. Orders filed.

EVANS, Respondent, v. SUPREME COUNCIL OF ROYAL ARCANUM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Marion L. Evans, as executor, etc., against the Supreme Council of the Royal Arcanum and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, P. J., not sitting.

FAHLE, Appellant, v. FIRE PROOF FILM CO., Respondent. (Supreme Court, Appellate,